[No. 40231.    Department Two.    November 13, 1969.]

THE STATE OF WASHINGTON, *Respondent*, v. CLARENCE M.
SCOTT, *Defendant*, ALFRED LEWIS, *Appellant*.*

*Mullavey, Hageman, Treece & Sayre,* by *Matt M. Sayre,*
for appellant (appointed counsel for appeal).

*Charles O. Carroll* and *Michael Di Julio,* for respondent.

PER CURIAM.—Defendant Alfred Lewis appeals from his
conviction and sentence following a joint trial on a charge
of armed robbery.

On January 8, 1967, a Seattle transit driver was robbed
by three young men who boarded his coach. One of them,
later identified as defendant Lewis, stood in front of the
driver holding a gun on him, and took money from the
change box. Another, identified as defendant Scott, stood
behind the driver, pressing what seemed a gun to the back
of the driver's head, and took the driver's I.D. case, bag
and wrist watch. The defendants worked in concert.

The assignments of error relate only to instructions.
Defendant Lewis contends that an instruction (No. 3) was
erroneous and that his proposed instruction (No. 8) should
have been given. In neither instance did the defendant point
out to the trial court a specific reason for his exception. We
cannot consider the assignments of error. CR 51(f); *State
v. McDonald,* 74 Wn.2d 141, 443 P.2d 651 (1968).

*Reported in 461 P.2d 338.

We note, however, that the instruction No. 3 as given is the aiding and abetting instruction properly given in conformity with RCW 9.01.030. The substance of proposed instruction No. 8 was included in instruction No. 1 as given. *State v. Hopkins,* 71 Wn.2d 10, 426 P.2d 496 (1967).

Judgment and sentence affirmed.